AKWASI BOAKYE OSEI et al., Appellants, v HUAWEI TECHNOLOGIES CO., LIMITED, et al., Respondents.

Submitted February 6, 2017; decided April 4, 2017

Motion for leave to appeal from the August 2016 order of the Appellate Division dismissed upon the ground that the order does not finally determine the action within the meaning of the Constitution. Motion for ancillary relief dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* NY Const, art VI, § 3).